**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WADE E. MONROE,

          Plaintiff,

-vs-

COMMISSIONER OF
SOCIAL SECURTIY,

          Defendant.
_____/

Case No. 09-CV-11738

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

CHARLES E. BINDER
UNITED STATES MAGISTRATE JUDGE

**ORDER**
**(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**(2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (2)**
**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is the Magistrate Judge's December 16, 2009 Report and Recommendation (Dkt. No. 15) denying Plaintiff's Motion for Summary Judgment (Dkt. No. 11) and granting Defendant's Motion for Summary Judgment (Dkt. No. 14). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)     **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 15);

(2)     **GRANTS** Defendant's Motion for Summary Judgment (Dkt. No. 14); and

(3)     **DENIES** Plaintiff's Motion for Summary Judgment (Dkt. No. 11).

**SO ORDERED.**

          S/Paul D. Borman
          PAUL D. BORMAN
          UNITED STATES DISTRICT JUDGE

Dated: January 25, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 25, 2010.

                                                          S/Denise Goodine
                                                          Case Manager